UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta
APR 16 2009
JAMES N. HATTEN, Clerk
By: Deputy Clerk

TERENCE MCGOWAN,

    Plaintiff,

v.

AME FINANCIAL CORPORATION, GEORGIA MUTUAL MORTGAGE CORPORATION, JAMES L. PEFANIS (INDIVIDUALLY), WAYNE BONERTZ (INDIVIDUALLY), and LENDXFINANCIAL, LLC,

    Defendants.

CIVIL ACTION FILE
NO. 1:08-CV-0896-ODE-LTW

JURY TRIAL DEMANDED

## SPECIAL VERDICT FORM

1. **TITLE VII CLAIMS**

    A.  Was Plaintiff McGowan subjected to a hostile work environment on account of his race or sex at LENDX?

        YES __✓__             NO _____

    B.  Did LENDX retaliate against Plaintiff McGowan for complaining of race or sex discrimination by firing him?

        YES __✓__             NO _____

2. **§ 1981 CLAIMS**

   A. Was Plaintiff fired by LENDX on account of his race (check one):

   YES _____          NO ✓

   If your answer is yes, state which Defendant(s) is (are) liable:

   LENDX         YES _____     NO _____

   Pefanis       YES _____     NO _____

   B. Was Plaintiff McGowan subjected to a racially hostile work environment at LENDX?

   YES ✓          NO _____

   If your answer is yes, state which Defendant(s) is (are) liable:

   LENDX         YES ✓     NO _____

   Pefanis       YES ✓     NO _____

   Bonertz       YES ✓     NO _____

   C. Was Plaintiff McGowan fired by LENDX in retaliation for complaining of race discrimination:

   YES _____          NO ✓

If your answer is yes, state which Defendant(s) is (are) liable:

| | | |
|---|---|---|
| LENDX | YES ____ | NO ____ |
| Pefanis | YES ____ | NO ____ |
| Bonertz | YES ____ | NO ____ |

3. **ASSAULT AND BATTERY**

Did Defendant Pefanis commit the tort of assault and battery against Plaintiff McGowan?

YES ✓      NO ____

4. **FALSE IMPRISONMENT**

Did Defendant Pefanis commit the tort of false imprisonment against Plaintiff McGowan?

YES ____      NO ✓

5. **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

Did Defendant Pefanis commit the tort of intentional infliction of emotional distress against Plaintiff McGowan?

YES ✓      NO ____

6.  **NEGLIGENT RETENTION**

Do you find that Defendant LENDXFINANCIAL is liable to Plaintiff McGowan for negligently retaining Defendant Pefanis?

YES ✓        NO _____

If you find in Plaintiff's favor on any or all of Plaintiff's claims, state what damages if any you award to Plaintiff in each of the following categories:

(i)   Lost Earnings;                                  -0-

(ii)  Other Compensatory damages;         $5,000

(iii) Punitive Damages.                           $150,000

If you have awarded damages in any or all of the three damages categories, state what part of the damages (the dollar amount) each defendant (if you have returned a verdict against that defendant) is responsible for in each relevant category:

Defendant LENDX              $50,000

Defendant Pefanis              $80,000 *

Defendant Bonertz             $25,000

*INCLUDES $5,000 COMPENSATORY DAMAGES.

If you have awarded punitive damages, state whether each party against whom you awarded punitive damages had an actual intent to harm Plaintiff McGowan. Check "not applicable" if you did not award punitive damages against that Defendant.

Defendant LENDX        YES _____  NO __✓__  NOT APPLICABLE _____

Defendant Pefanis      YES __✓__  NO _____  NOT APPLICABLE _____

Defendant Bonertz      YES _____  NO __✓__  NOT APPLICABLE _____

This __16TH__ day of April, 2010.

_____
FOREPERSON