UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERENCE MCGOWAN

    Plaintiff,

v.

AME FINANCIAL CORPORATION,
GEORGIA MUTUAL MORTGAGE
CORPORATION, JAMES L. PEFANIS,
individually, WAYNE BONERTZ
individually, and
LENDXFINANCIAL, LLC

    Defendants.

CIVIL ACTION NO.
1:08-CV-896-ODE

ORDER

    This action came before the court for trial by the court and by a jury. The issues have been tried and heard and the jury has rendered its verdict against Defendants James L. Pefanis, individually, Wayne Bonertz, individually, and LENDXFINANCIAL LLC. Pursuant to Rule 54(b), Fed.R.Civ.P., the court finds there is no just reason for delaying final judgment against James L. Pefanis, individually, Wayne Bonertz, individually, and LENDXFINANCIAL LLC., Therefore, the Clerk is DIRECTED to enter judgment in this case in favor of Plaintiff Terence McGowan, against Defendant James L. Pefanis in the amount of $5,000 in compensatory damages and $75,000 in punitive damages, against Defendant Wayne Bonertz in the amount of $25,000 in punitive damages and against Defendant LENDXFINANCIAL LLC in the amount of $50,000 in punitive damages.

    IT IS FURTHER ORDERED that because Defendants AME Financial Corporation and Georgia Mutual Mortgage Corporation are

currently in bankruptcy, this case is administratively closed.

SO ORDERED, this 20 day of April, 2010.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE