UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 2 1 2010

JAMES N. HATTEN, Clerk
By: Deputy Clerk

TERENCE MCGOWAN

    Plaintiff,

v.

AME FINANCIAL CORPORATION, GEORGIA MUTUAL MORTGAGE CORPORATION, JAMES L. PEFANIS, individually, WAYNE BONERTZ individually, and LENDXFINANCIAL, LLC

    Defendants.

CIVIL ACTION NO.
1:08-CV-896-ODE

### JUDGMENT IN A CIVIL CASE

This action came before the Court for trial by the court and by a jury. The issues have been tried and heard and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that Plaintiff, TERENCE MCGOWAN, recover from Defendant James L. Pefanis the amount of FIVE THOUSAND AND NO/100 ($5,000) DOLLARS in compensatory damages and SEVENTY-FIVE THOUSAND AND NO/100 ($75,000) DOLLARS in punitive damages; from Defendant WAYNE BONERTZ the amount of TWENTY-FIVE THOUSAND AND NO/100 ($25,000) DOLLARS in punitive damages; and from Defendant LENDXFINANCIAL LLC the amount of FIFTY THOUSAND AND NO/100 ($50,000) DOLLARS in punitive damages; and interest as provided by law and costs of this action.

APRIL 20, 2010

JAMES N. HATTEN, CLERK
By:

Vicki C. Dawe
Deputy Clerk