UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERENCE McGOWEN,<br><br>        Plaintiff,<br><br>vs.<br><br>WAYNE BONERTZ,<br><br>        Defendant. | CIVIL ACTION FILE<br>NO. 1:08-cv-896-ODE |

## AMENDED JUDGMENT

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the Plaintiff's Motion for Attorney's Fees, and the court having granted said motion in part, it is

**Ordered and adjudged** that the plaintiff be awarded attorneys fees against defendant Wayne Bonertz in the amount of $272,910.00.

Dated at Atlanta, Georgia this 13th day of August, 2010.

                                          JAMES N. HATTEN
                                          CLERK OF COURT


                                By:  <u>s/ Ashley Knight</u>
                                          Deputy Clerk

Prepared and entered
in the Clerk's Office
   August 13, 2010
James N. Hatten
Clerk of Court


By: <u>s/ Ashley Knight</u>
      Deputy Clerk